nenbaum. F. Bien, for appellant. H. A. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 770, 110 N. Y. Supp. 108.

---

BECKER, Appellant, v. BURKE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Hans Becker against Luke A. Burke and others. I. N. Miller, for appellant. W. F. Kimber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BERGEN, Respondent, v. SEGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph L. Bergen against George N. Seger and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BERGER, Respondent, v. RUSSELL, Appellant. (Supreme Court, Appellate Division, First Department, April 8, 1909.) Action by Benjamin Berger against Henry Russell. C. H. Stoddard, for appellant. M. S. Hyman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

BERLIN CONST. CO., Appellant, v. WATERVLIET FOUNDRY & MACH. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by the Berlin Construction Company against the Watervliet Foundry & Machine Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

---

In re BEVERLY ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application of the city of New York relative to acquiring title for the purpose of opening Beverly Road from Bedford avenue to East Thirty-First street, in the Twenty-Ninth ward, Brooklyn.

PER CURIAM. The moving party not thinking the motion of sufficient importance to submit a brief or a memorandum of authorities, and it not appearing on what sections of the charter or decisions he relies, the motion is denied. See, also, 115 N. Y. Supp. 208.

---

In re BISHOP. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application of L. W. Bishop to lay out a highway in the town of Hempstead, Nassau county, N. Y., and the assessment of damages therefor. No opinion. Order of the County Court of Nassau county confirmed, and order settled.

BLISS, Appellant, v. PRELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Fannie M. Bliss against Emil Prell. No opinion. Order unanimously affirmed, with costs.

---

BOOKBINDER, Respondent, v. NEW YORK MILLINERY & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Louis Bookbinder against the New York Millinery & Supply Company. W. D. Sporborg, for appellant. C. C. Peters, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re BORLAND. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application of Charles Borland for admission to the bar. No opinion. Application granted.

---

BORST, Respondent, v. LYON, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Frank Borst against James B. Lyon. No opinion. Judgment and order unanimously affirmed, with costs.

---

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry L. Brant against Philip C. Sieger.

PER CURIAM. Motion granted, without costs, so as to amend the second notice of appeal by striking out as surplusage that part which appeals from the judgment, and by striking out the words thereof, "denying plaintiff's motion to vacate said judgment and for a new trial in this action," and inserting instead thereof, "denying the plaintiff's motion to vacate said judgment upon the exceptions taken on the trial, as contrary to the evidence or contrary to the law, or, in the alternative, modifying said judgment."

---

BRENNAN, Respondent, v. KENNEDY, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Terence Brennan against Mary Kennedy. No opinion. Appeal dismissed by default, with costs.

---

BRENNEN v. FRANCISCO et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Margaret Brennen against Frederick Francisco and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRESLIN, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Catherine Breslin, as administratrix, against the Borden's Condensed

Milk Company. G. C. Fox, for appellant. E. V. Dernoot, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so reduced, and order, affirmed, without costs. Settle order on notice.

---

BRIGHTON BEACH DEVELOPMENT CO. v. HAAS. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Appeal from Special Term, New York County. Action by the Brighton Beach Development Company against Abraham Haas. From an order denying a motion for a bill of particulars, plaintiff appeals. Reversed. James W. McElhinney, for appellant. Epstein Bros. (Alfred Epstein, of counsel), for respondent.

.PER CURIAM. The order appealed from should be reversed, and the motion granted, so far as to require the defendant to furnish a bill of particulars of the instances of sales or exposure of the articles, for which the defendant was to have an exclusive privilege of selling, which he will seek to prove on the trial, but not to require the amount of such sales, with $10 costs and disbursements to the appellant.

---

BROOKLYN HEIGHTS R. CO., Respondent, v. BROOKLYN CITY R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by the Brooklyn Heights Railroad Company against the Brooklyn City Railroad Company. No opinion. Motion granted, with costs. See, also, 124 App. Div. 896, 109 N. Y. Supp. 31.

---

BROOKS v. E. M. BROWN PAPER CO. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by William H. Brooks against the E. M. Brown Paper Company. No opinion. Motion denied.

---

BURNHAM et al., Respondents, v. BURNHAM, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Elizabeth M. Burnham and another against Arthur W. Burnham. No opinion. Judgment (58 Misc. Rep. 385, 111 N. Y. Supp. 252) unanimously affirmed, with costs.

---

CAMINO, Appellant, v. HAMILTON, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Joseph Camino against William J. Hamilton. C. Bisberg, for appellant. R. Gillette, for respondent.

PER CURIAM. Order modified, so as to require the defendant, in addition to the terms imposed by the order, to pay $10 costs of motion, $30 trial fee, and the disbursements of the inquest and entry of judgment, and, as so modified, affirmed, without costs. Settle order on notice.

---

CAMPBELL, Respondent, v. MONTCLAIR HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Frank C. Campbell against the Montclair Hotel Company. C. A. Brodek, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re CANTON'S WILL. (Supreme Court, Appellate Division, First Department. April 8, 1909.) In the matter of the will of Susan M. Canton, deceased. No opinion. Decree affirmed, with costs. Order filed.

---

CAPLAN, Appellant, v. GUION et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Alexander Caplan against Harry Guion and others. No opinion. Motion granted, with $10 costs.

---

CAROGA LUMBER CO., Respondent, v. FULTON et al., Appellants. (Supreme Court, Appellate Division, Third Department, May 5, 1909.) Action by the Caroga Lumber Company against James Y. Fulton and others. No opinion. Judgment unanimously affirmed, with costs.

---

CARSTAIRS, Respondent, v. TEGELER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by J. Haseltine Carstairs against John H. Tegeler and others. No opinion. Judgment affirmed, with costs.

---

CASE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Maude L. Case against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CHAPIN, Respondent, v. RUNDELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Alphonso Chapin against John M. Rundell. No opinion. Judgment unanimously affirmed, with costs.

---

CHAPMAN et al., Appellants, v. NATIONAL CITY BANK, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Elverton R. Chapman and others against the National City Bank. J. D. Fearhake, for appellants. H. Barry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

CHRISTOPHER, Appellant, v. FREEDMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Eliza W. Christopher against Jonas Freedman and others.